# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Earl L. Toltzis | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | | |
| | Movant | |
| vs. | | NO. 19-13062 ELF |
| Earl L. Toltzis | | |
| | Debtor(s) | |
| William C. Miller Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant Toyota Lease Trust, it is hereby **ORDERED** that the Motion is **GRANTED** and that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (a) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Lexus RX450H, VIN: 2T2BGMCA2HC009943 in a commercially reasonable manner.

The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date: 11/5/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**