United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Earl L Toltzis  
    Debtor

Case No. 19-13062-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Lisa | Page 1 of 1 | Date Rcvd: Nov 06, 2019 |
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
```
db             +Earl L Toltzis,    1831 Heritage Drive,    Jamison, PA 18929-1632
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 03:48:56      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

    \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:
```
          CAROL B. MCCULLOUGH    on behalf of Debtor Earl L Toltzis mcculloughheisenberg@gmail.com,
           cbmccullough64@gmail.com
          JEROME B. BLANK    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
           robert.davidow@phelanhallinan.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Earl L. Toltzis | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | | |
| | Movant | |
| vs. | | NO. 19-13062 ELF |
| Earl L. Toltzis | | |
| | Debtor(s) | |
| William C. Miller Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

**ORDER**

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant Toyota Lease Trust, it is hereby **ORDERED** that the Motion is **GRANTED** and that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362 (a) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Lexus RX450H, VIN: 2T2BGMCA2HC009943  in a commercially reasonable manner.

The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date:  11/5/19

_____
   **ERIC L. FRANK**
   **U.S. BANKRUPTCY JUDGE**