United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Earl L Toltzis  
    Debtor

Case No. 19-13062-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 2     Date Rcvd: Dec 12, 2019  
                   Form ID: pdf900     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.

```
db             +Earl L Toltzis,   1831 Heritage Drive,    Jamison, PA 18929-1632
14340585        BAYVIEW LOAN SERVICING, LLC,   C/o Robert J. Davidow, Esq.,    1617 JFK Boulevard, Suite 1400,
                  One Penn Center Plaza,    Philadelphia, PA 19103
14326847        Barclays,    PO Box 13337,    Philadelphia, PA 19101-3337
14345259        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14359815       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14339774       +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster Pa 18974-3229
14326852        Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD  57117-6282
14326854        TD Bank,    PO Box 16027,    Columbus, GA  31908
14326853        Target,    PO Box 673,    Minneapolis, MN  55440-0673
14350591       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
14398202       +Toyota Lease Trust,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14333897      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                  PO Box 108,    St. Louis MO 63166-0108)
14360683       +West Coast Capital Group Inc,    c/o Dwaldmanlaw PC,    4900 Carlisle Pike, # 182,
                  Mechanicsburg, PA 17050-7709
14326856       +West Coast Capital Group, Inc.,    c/o Hladik, Onorato & Federman, LLP,    298 Wissahickon Ave,
                  North Wales, PA 19454-4156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Dec 13 2019 03:33:23      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 03:33:01
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2019 03:33:20      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14359613       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 13 2019 03:33:21
                  BAYVIEW LOAN SERVICING,LLC,    4425 PONCE DE LEON BLVD., 5TH FLOOR,
                  CORAL GABLES FL 33146-1837
14327828       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2019 03:38:33
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14349387       +E-mail/Text: bankruptcynotices@fifsg.com Dec 13 2019 03:32:57
                  First Investors Servicing Corporation,    380 Interstate North Parkway Ste 300,
                  Atlanta, GA 30339-2222
14326848        E-mail/Text: bncnotices@becket-lee.com Dec 13 2019 03:32:50      Kohls Payment Center,
                  PO Box 2983,    Milwaukee, WI  53201-2983
14428058        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 03:38:32      LVNV Funding LLC,
                  PO Box 10587,    Greenville, SC 29603-0587
14326849        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 03:37:47      Lowe's / Synchrony Bank,
                  PO Box 530914,    Atlanta, GA  30353-0914
14331748        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 03:39:03
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14326851        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 03:39:01      Paypal Credit Svcs,
                  PO Box 960080,    Orlando, FL  32896-0080
14326850        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 03:37:47      Paypal Credit Svcs,
                  PO Box 71202,    Charlotte, NC  28272-1202
14323711       +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 03:38:25      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14357065       +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 03:38:25      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14326846       19-13062
cr*             LVNV Funding LLC,    PO Box 10587,    Greenville, SC  29603-0587
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14326855*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  us bank,    PO Box 790408,    Saint Louis, MO  63179-0408)
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Keith              Page 2 of 2         Date Rcvd: Dec 12, 2019
                              Form ID: pdf900          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Earl L Toltzis mccullougheisenberg@gmail.com,
               cbmccullough64@gmail.com
              JEROME B. BLANK    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               robert.davidow@phelanhallinan.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                         TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

EARL TOLTZIS : CASE NO. 19-13062 ELF

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Application") and upon the Application's certification that proper service has been made on all interested parties and upon the Application's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. § 507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$1,500.00** which was paid by the Debtor(s) prepetition, to the extend such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: 12/12/19

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE