United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13062-elf |
| Earl L Toltzis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Earl L Toltzis, 1831 Heritage Drive, Jamison, PA 18929-1632 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2022 00:09:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2022 00:09:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Earl L Toltzis mcculloughesenberg@gmail.com cbmccullough64@gmail.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 3

DENISE ELIZABETH CARLON
on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor BAYVIEW LOAN SERVICING LLC paeb@fedphe.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

MARIO J. HANYON
on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW
on behalf of Creditor BAYVIEW LOAN SERVICING LLC robert.davidow@phelanhallinan.com

THOMAS SONG
on behalf of Creditor BAYVIEW LOAN SERVICING LLC tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| EARL L TOLTZIS, | : | |
| Debtor | : | Bky. No. 19-13062 ELF |

## O R D E R

      **AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 80) filed by **Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC** ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and to the extent that relief from the automatic stay is necessary for the parties to enter into the transaction, such relief is **GRANTED** to the Lender.

3. Except as provided in Paragraph 4 below, if applicable, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS** as provided in the plan.

4. If:
   (a) the confirmed chapter 13 plan provides for the cure of prepetition arrears under 11 U.S.C. §1322(b)(5); and

   (b) the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears,

   **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan and shall distribute the plan payments in accordance with the other provisions of the confirmed plan.

**Date: January 12, 2022**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**