United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-13062-amc
Earl L Toltzis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Apr 17, 2024 | Form ID: 138OBJ | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Earl L Toltzis, 1831 Heritage Drive, Jamison, PA 18929-1632 |
| 14340585 | | BAYVIEW LOAN SERVICING, LLC, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14552842 | + | Community Loan Servicing, LLC fka Bayview Loan Ser, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14339774 | #+ | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster Pa 18974-3229 |
| 14323711 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14326854 | | TD Bank, PO Box 16027, Columbus, GA 31908 |
| 14360683 | + | West Coast Capital Group Inc, c/o Dwaldmanlaw PC, 4900 Carlisle Pike, # 182, Mechanicsburg, PA 17050-7709 |
| 14326856 | + | West Coast Capital Group, Inc., c/o Hladik, Onorato & Federman, LLP, 298 Wissahickon Ave, North Wales, PA 19454-4156 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2024 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2024 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14359613 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 17 2024 23:52:00 | BAYVIEW LOAN SERVICING,LLC, 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES FL 33146-1839 |
| 14326847 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 17 2024 23:52:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14327828 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 17 2024 23:55:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14345259 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2024 23:55:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14359815 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2024 00:07:56 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14553572 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 17 2024 23:52:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14349387 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Apr 17 2024 23:52:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 14326848 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 17 2024 23:52:00 | Kohls Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |

Case 19-13062-amc   Doc 100   Filed 04/19/24   Entered 04/20/24 00:32:10   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14428058 | | Email/PDF: resurgentbknotifications@resurgent.com Apr 17 2024 23:55:40 | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14326849 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 17 2024 23:56:00 | | Lowe's / Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14710189 | | Email/Text: nsm_bk_notices@mrcooper.com Apr 17 2024 23:52:00 | | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 14703654 | + | Email/Text: RASEBN@raslg.com Apr 17 2024 23:52:00 | | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14331748 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2024 23:56:05 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14326850 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 17 2024 23:56:01 | | Paypal Credit Svcs, PO Box 71202, Charlotte, NC 28272-1202 |
| 14326851 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 17 2024 23:55:40 | | Paypal Credit Svcs, PO Box 960080, Orlando, FL 32896-0080 |
| 14326852 | | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 17 2024 23:55:42 | | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14357065 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2024 23:56:05 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14326853 | | Email/Text: bncmail@w-legal.com Apr 17 2024 23:52:00 | | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14350591 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com Apr 17 2024 23:52:00 | | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14484114 | | Email/PDF: bncnotices@becket-lee.com Apr 17 2024 23:56:20 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14398202 | | ^ MEBN Apr 17 2024 23:45:32 | | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14333897 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Apr 17 2024 23:52:00 | | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14326855 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Apr 17 2024 23:52:00 | | us bank, PO Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14326846 | | 19-13062 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Apr 17, 2024     Form ID: 138OBJ     Total Noticed: 33

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Earl L Toltzis mccullougheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| PAUL H. YOUNG | on behalf of Debtor Earl L Toltzis support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| ROBERT J. DAVIDOW | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC robert.davidow@phelanhallinan.com |
| THOMAS SONG | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Earl L Toltzis

        Debtor(s)

Case No: 19−13062−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/17/24

99 − 96
Form 138OBJ