United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Earl L Toltzis  
Debtor

Case No. 19-13062-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3  
Date Rcvd: May 10, 2024  Form ID: 3180W  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol  Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Earl L Toltzis, 1831 Heritage Drive, Jamison, PA 18929-1632 |
| 14345259 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14339774 | #+ | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster Pa 18974-3229 |
| 14360683 | + | West Coast Capital Group Inc, c/o Dwaldmanlaw PC, 4900 Carlisle Pike, # 182, Mechanicsburg, PA 17050-7709 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 10 2024 23:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 11 2024 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 10 2024 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14327828 | + | EDI: AIS.COM | May 11 2024 03:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14345259 | ^ | MEBN | May 10 2024 23:31:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14359815 | + | EDI: CITICORP | May 11 2024 03:33:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14349387 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | May 10 2024 23:33:00 | First Investors Servicing Corporation, 380 Interstate North Parkway Ste 300, Atlanta, GA 30339-2222 |
| 14428058 | | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2024 23:38:42 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14710189 | | Email/Text: nsm_bk_notices@mrcooper.com | May 10 2024 23:33:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 14331748 | | EDI: PRA.COM | May 11 2024 03:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14350591 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 10 2024 23:33:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14484114 | | Email/PDF: bncnotices@becket-lee.com | May 10 2024 23:38:42 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 10, 2024 | Form ID: 3180W | Total Noticed: 15 |

| 14333897 | EDI: USBANKARS.COM | | |
|---|---|---|---|
| | | May 11 2024 03:33:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Earl L Toltzis mcculloughheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor BAYVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| PAUL H. YOUNG | on behalf of Debtor Earl L Toltzis support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| ROBERT J. DAVIDOW | on behalf of Creditor BAYVIEW LOAN SERVICING LLC robert.davidow@phelanhallinan.com |
| THOMAS SONG | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 10, 2024 | Form ID: 3180W | Total Noticed: 15 |

on behalf of Creditor BAYVIEW LOAN SERVICING LLC tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Earl L Toltzis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3062<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 19-13062-amc | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Earl L Toltzis

5/9/24

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**