United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13062-amc

Earl L Toltzis                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

**Recip ID**    **Recipient Name and Address**
db    + Earl L Toltzis, 1831 Heritage Drive, Jamison, PA 18929-1632

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:**

**Name**    **Email Address**

CAROL B. MCCULLOUGH
    on behalf of Debtor Earl L Toltzis mccullougheisenberg@gmail.com
    cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com

JEROME B. BLANK

on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

MARIO J. HANYON

on behalf of Creditor BAYVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN

on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

PAUL H. YOUNG

on behalf of Debtor Earl L Toltzis support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT J. DAVIDOW

on behalf of Creditor BAYVIEW LOAN SERVICING  LLC robert.davidow@phelanhallinan.com

THOMAS SONG

on behalf of Creditor BAYVIEW LOAN SERVICING  LLC tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                     : Chapter 13


Earl L Toltzis                                             : Case No. 19−13062−amc
                    Debtor(s)


### *ORDER*

_____


    AND NOW, this day , August 13, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                              By The Court

                              Ashely M. Chan
                              Chief Judge, United States Bankruptcy Court