# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Earl L. Toltzis**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC**<br>　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Earl L. Toltzis**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>　　　　　　　　　　**Trustee** | **BK NO. 19-13062 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 9** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>February 09, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Earl L. Toltzis
1831 Heritage Drive
Jamison, PA 18929

Attorney for Debtor(s)
Carol B. McCullough,, Esq.
65 West Street Road
Suite A-204
Warminster, PA 18974

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>February 09, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz Esquire
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com